UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | No. 2:24-cv-3150-DAD-CSK PS<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br>(Doc. Nos. 2, 3) |

Plaintiff initiated this civil action by filing a complaint on November 14, 2024, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 9, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to state a cognizable claim, failed to establish this court's subject matter jurisdiction, and concluded that in light of these pleading deficiencies and plaintiff's history of filing frivolous actions in this court that the granting of leave to amend would be futile. (Doc. No. 3 at 4–7.) The magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without leave to amend and that plaintiff's motion to proceed *in forma pauperis* be denied in light of the frivolous nature of the complaint. (*Id.* at 1–7.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 7.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 9, 2025 (Doc. No. 3) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE